UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Melissa Cubria | § | |
| | § | CIVIL NO: |
| vs. | § | AU:16-CV-00544-SS |
| | § | |
| Uber Technologies, Inc. | § | |

## ORDER SETTING ALL PENDING MATTERS

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ALL PENDING MATTERS** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, January 13, 2017 at 09:00 AM**.

    IT IS SO ORDERED this 19th day of December, 2016.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE