UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MELISSA CUBRIA,

    Plaintiff

        v.

UBER TECHNOLOGIES, INC.

    Defendant.

Civil Action No. 1:16-cv-00544-SS

# STATUS REPORT

Pursuant to this Court's order dated March 16, 2017, for a status report every 90 days, the Plaintiff submits the following:

Pursuant to the attached Notice of Hearing from the American Arbitration Association (*see* Document 43-1), a hearing before Mr. Thomas J. Mitchell of WRIGHT & GREENHILL, P.C. is scheduled for November 3, 2017 at 9:00 a.m. to decide the issue of arbitrability in this case.

        Respectfully Submitted,

        TERRY & THWEATT, P.C.

        By: /s/ L. Lee Thweatt
        L. Lee Thweatt
        Texas Bar No. 24008160
        Federal I.D. No. 36618
        Joseph D. Terry
        Texas Bar No. 24013618
        Federal Bar No. 24206
        One Greenway Plaza, Suite 100
        Houston, Texas 77046-0102
        (713) 600-4710 (Telephone)
        (713) 600-4706 (Telecopier)
        lthweatt@terrythweatt.com
        jterry@terrythweatt.com

        Mitchell Breit (*pro hac vice*)
        Andrea Bierstein (*pro hac vice*)
        SIMMONS HANLY CONROY
        112 Madison Ave., 7th floor
        New York, NY 10016
        (212) 784-6400 (Telephone)
        (212) 213-5949 (Telecopier)
        mbreit@simmonsfirm.com
        abierstein@simmonsfirm.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was filed electronically September 12, 2017, pursuant to Local Rule CV-5(a), and has been served on all counsel who have consented to electronic service.

        /s/ L. Lee Thweatt