**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| MELISSA CUBRIA, | |
| Plaintiff | |
| v. | Civil Action No. 1:16-cv-00544-SS |
| UBER TECHNOLOGIES, INC. | |
| Defendant. | |

## STATUS REPORT

Pursuant to this Court's order dated March 16, 2017, for a status report every 90 days, the Plaintiff submits the following:

An arbitration hearing before Mr. Thomas J. Mitchell of WRIGHT & GREENHILL, P.C. occurred on November 3, 2017, to decide the issue of arbitrability in this case. Mr. Mitchell's arbitration award was issued on December 5, 2017. The award is attached to this status report for the Court's review.

Respectfully Submitted,

TERRY & THWEATT, P.C.

By:  /s/ L. Lee Thweatt
L. Lee Thweatt
Texas Bar No. 24008160
Federal I.D. No. 36618
Joseph D. Terry
Texas Bar No. 24013618
Federal Bar No. 24206
One Greenway Plaza, Suite 100
Houston, Texas 77046-0102
(713) 600-4710 (Telephone)
(713) 600-4706 (Telecopier)
lthweatt@terrythweatt.com
jterry@terrythweatt.com

Mitchell Breit (*pro hac vice*)
Andrea Bierstein (*pro hac vice*)
SIMMONS HANLY CONROY
112 Madison Ave., 7th floor
New York, NY 10016
(212) 784-6400 (Telephone)
(212) 213-5949 (Telecopier)
mbreit@simmonsfirm.com
abierstein@simmonsfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically December 5, 2017, pursuant to Local Rule CV-5(a), and has been served on all counsel who have consented to electronic service.

/s/ L. Lee Thweatt

2